**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| JUDE LOVCHIK,           )  | |
|     Plaintiff,           )  | |
|                         )  | |
| v.                      )  | Civil 3:12cv297 |
|                         )  | |
| WITTSTADT TITLE & ESCROW )  | |
| CO. LLC., et al.,       )  | |
|     Defendants.         )  | |

FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

Wittstadt Title & Escrow Company, LLC

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

Mark Wittstadt; Gerard Wittstadt.

                                                Respectfully Submitted,
                                                Wittstadt Title & Escrow Company, LLC
                                                By Counsel

MORRIS | HARDWICK | SCHNEIDER PLLC
Counsel for Defendant WTEC

    By: _/s/ Kevin R. Hildebeidel_____
    Kevin R. Hildebeidel, Esq. VSB # 35645
    22375 Broderick Drive, Suite 210
    Dulles, Virginia  20166
    Tel: 703-330-3265
    Fax: 703-330-8315
    Efax: 678-946-0312
    Email: khildebeidel@closingsource.net