UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| JUDE LOVCHIK, ) | |
| ) | |
| Plaintiff, ) | |
| v.             ) | Civil Action No. 3:12cv297 |
| ) | |
| WITTSTADT TITLE & ESCROW CO. ) | |
| LLC., et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a), Plaintiff Jude Lovchik, by counsel, voluntarily dismisses this case without prejudice. The Clerk of Court is respectfully requested to close this case.

Dated: May 30, 2012

                                        Respectfully submitted,
                                        Jude Lovchik
                                        By Counsel

_____/s/_____
By: Kristi Cahoon Kelly, Esq., VSB #72791
J. Chapman Petersen, Esq., VSB # 37225
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
(703) 277-9774
(703) 591-9285 Facsimile
kkelly@siplfirm.com

Dale W. Pittman, VSB#15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000

(804) 861-3368 Facsimile
dale@pittmanlawoffice.com

Leonard A. Bennett, VSB #37523
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 201
Newport News, Virginia 23606
(757) 930-3660
(757) 930-3662 Facsimile
lenbennett@clalegal.com

Matthew J. Erausquin, VSB #65434
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
(703) 273-7770
(888) 892-3512 Facsimile
matt@clalegal.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th of May, 2012, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will then send a notification of such filing to

(NEF) to the following:

Kevin R. Hildebeidel, Esq.,
22375 Broderick Drive, Suite 210
Dulles, Virginia 20166
(703) 330-3265
(703) 330-8315 Facsimile
Email: khildebeidel@closingcource.net
*Counsel for Wittstadt Title & Escrow, LLC*

                                                    /s/
By: Kristi C. Kelly, Esq., VSB #72791
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
(703) 277-9774
(703) 591-9285 Facsímile
kkelly@siplfirm.com